\*\*Original filed 7/12/06\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PHAN, | No. C 06-3971 JF (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| vs. | |
| MARTIN VEAL, Warden, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 concerning an October 2005 incident at the California Medical Facility in Vacaville, California, where Plaintiff is currently incarcerated. Because the acts complained of occurred in Solano County and the Defendant is located in Solano County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

This case is therefore TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). The Clerk shall transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: 7/12/06

JEREMY FOGEL
United States District Judge

Order of Transfer
P:\pro-se\sj.jf\cr.06\Phan971trans        1

Dockets.Justia.com

1 | A copy of this ruling was mailed to the following:

Robert Phan
V-67065
California Medical Facility
P.O. Box 2500
Vacaville, CA  95696

Order of Transfer
P:\pro-se\sj.jf\cr.06\Phan971trans                2